

**Service of Process Transmittal**
01/06/2022
CT Log Number 540839976

TO: Erin Lunn Ricouard
Progressive Casualty Insurance Company
1425 AIRLINE DR STE 150
METAIRIE, LA 70001-5901

RE: **Process Served in Louisiana**

FOR: National Continental Insurance Company  (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | D'ANDRE ALEXANDER vs. FLOYD'S INC. |
| DOCUMENT(S) SERVED: | Letter, Citation, Order(s), Petition, Request |
| COURT/AGENCY: | 26th Judicial Court-Bossier Parish, LA, LA<br>Case # C166326 |
| NATURE OF ACTION: | Insurance Litigation |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 01/06/2022 postmarked on 01/05/2022 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days after service (Document(s) may contain additional answer dates) |
| ATTORNEY(S) / SENDER(S): | Malciva N. Johnson<br>1754 E. 70th Street<br>Shreveport, LA 71105<br>318-716-5570 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/06/2022, Expected Purge Date: 01/11/2022<br><br>Image SOP<br><br>Email Notification,  Erin Lunn Ricouard  erin_lunn@progressive.com<br><br>Email Notification,  Michelle McReynolds   MICHELLE_L_MCREYNOLDS@progressive.com<br><br>Email Notification,  Ilene Neuman  ilene_r_neuman@progressive.com<br><br>Email Notification,  ERIKA BANKS  erika_l_banks@progressive.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

Page 1 of  2 / RT



 **CT Corporation**

**Service of Process Transmittal**
01/06/2022
CT Log Number 540839976

**TO:** Erin Lunn Ricouard
Progressive Casualty Insurance Company
1425 AIRLINE DR STE 150
METAIRIE, LA 70001-5901

**RE:** **Process Served in Louisiana**

**FOR:** National Continental Insurance Company  (Domestic State: NY)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125



NATIONAL CONTINENTAL INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

7021 1970 0000 4780 1713

SS151



ZIP 70802
02 4W
0000382768 JAN. 05. 2022
U.S. POSTAGE >>> PITNEY BOWES
$ 005.31

# State of Louisiana
# Secretary of State

01/05/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

NATIONAL CONTINENTAL INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
3867 PLAZA TOWER DR
BATON ROUGE, LA 70816

Suit No.: 166326
26TH JUDICIAL DISTRICT COURT
BOSSIER PARISH

D'ANDRE ALEXANDER
vs
FLOYD'S INC., ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M. LOCKWOOD

Date: 01/04/2022
Title: DEPUTY SHERIFF

No: 1221513



DB

D5832183   A TRUE COPY

# CITATION

| DANDRE ALEXANDER | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| FLOYDS INC NATIONAL CONTINENTAL INURANCE COMPANY | STATE OF LOUISIANA |
| DOCKET NUMBER: C-166326 | |

TO:  NATIONAL CONTINENTAL INSURANCE COMPANY   SERVED ON
THROUGH THE LOUISIANA SECRETARY OF STATE  R. KYLE ARDOIN
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

JAN 0 4 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

in the Parish of EAST BATON ROUGE.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, or to file your answer or other pleading to said petition in the office of the Clerk of the 26th Judicial District Court in the Bossier Parish Court House in the Town of Benton in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

The Sheriff or his deputy has just handed you a law suit which states why you are being sued. You ( as defendant ) will have fifteen (15) days after you receive this petition to either file an answer ( in writing ) with the Bossier Parish Clerk of Court in Benton, Louisiana, or retain an attorney of your choice to act in your behalf. If you do nothing within the said time period, then a judgment could be rendered against you.

Attached hereto are:

**PETITION FOR DAMAGES**

Witness the Honorable Judges of our said Court on this the 9th day of December, 2021

*Jill M. Sessions*, CLERK OF COURT

Breanne Toth
_____
Deputy Clerk

Attorney:
H. DEAN LUCIUS
Gordon McKernan Injury Attorneys
318-746-5570

A TRUE ATTEST COPY



Breanne Toth
_____
Deputy Clerk

D5832167 COPY

# ORDER TO PRODUCE

| DANDRE ALEXANDER | TWENTY-SIXTH JUDICIAL DISTRICT |
|---|---|
| VS | PARISH OF BOSSIER |
| FLOYDS INC NATIONAL CONTINENTAL INURANCE COMPANY | STATE OF LOUISIANA |
| DOCKET NUMBER: C-166326 | |

TO:   NATIONAL CONTINENTAL INSURANCE COMPANY
      THROUGH THE LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA 70809

OF THE PARISH OF EAST BATON ROUGE GREETINGS:

YOU ARE HEREBY COMMANDED in the name of the State of Louisiana and of the Twenty-Sixth Judicial District Court for Bossier Parish, Louisiana, to produce the items listed in the attached pleadings.

AND HEREIN FAIL NOT UNDER PENALTY OF THE

LAW. WITNESS THE HONORABLE JUDGE OF OUR

SAID COURT, ON THE 9th day of December, 2021

*Jill M. Sessions*, CLERK OF COURT

Breanne Toth
_____
Deputy Clerk
Bossier Parish, Louisiana

Attorney:   H. DEAN LUCIUS
            Gordon McKernan Injury Attorneys
            318-746-5570

A TRUE ATTEST COPY

*Breanne Toth* 
_____
Deputy Clerk

Bossier Parish Clerk of Court  C-166326
Filed Dec 08, 2021 2:12 PM        3
Katie F. Best
Deputy Clerk of Court

| | |
|---|---|
| D'ANDRE ALEXANDER | SUIT NO. |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY & JOHN DOE | BOSSIER PARISH, LOUISIANA |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioner, D'ANDRE ALEXANDER, (hereinafter "Petitioner"), an individual of the full age of majority, and resident of and domiciled in Webster Parish, Louisiana, who respectfully show the following:

1.

The defendants enumerated below are justly and truly indebted, jointly and *in solido* unto your Petitioner, for a reasonable sum in dollars together with legal interest from date of judicial demand until paid and for all costs of these proceedings:

A.  FLOYD'S INC., a foreign corporation domiciled and doing business in the State of Illinois;

C.  NATIONAL CONTINENTAL INSURANCE COMPANY (a Progressive Company), a foreign insurance company, authorized to do and doing business in the State of Louisiana; and

C.  JOHN DOE whose full name is currently unknown, but who, upon information and belief is a person of the full age of majority.

2.

This Court maintains subject matter jurisdiction over the dispute based on the object of the demand and the amount in controversy.

3.

Venue is proper in this Court pursuant to La. C.C.P. art. 74, as the wrongful conduct complained of herein occurred in Bossier Parish.

4.

On December 16, 2020, at approximately 7:20 p.m., Petitioner, D'ANDRE ALEXANDER was the operator of the 2019 Nissan Sentra bearing Louisiana License #822DRS and traveling in a easterly direction on U.S. Interstate 20 in Bossier Parish, Louisiana.

Certified True and Correct Copy
CertID: 2021120900022

Bossier Parish
Deputy Clerk of Court
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Generated Date:
12/9/2021 9:16 AM

5.

At approximately the same time and place, defendant, JOHN DOE, was the operator of a Tractor Trailer Truck, a DOT tag number of 2903877, which was owned by FLOYD'S INC., which was also traveling in a easterly direction on U. S. Interstate 20 in Bossier Parish, Louisiana.

6.

Petitioner will show that the accident and resulting damages to him was caused when the vehicle being operated by JOHN DOE, attempted to or travelled into the lane of traffic that Petitioner was occupying striking Petitioner's vehicle causing the accident and resulting injuries and damages to Petitioner.

7.

Petitioner alleges that a substantial cause of the above-described accident was the fault, negligence of defendant, JOHN DOE which is described in part but not exclusively as follows:

   a. In failing to keep his vehicle under proper control

   b. In operating his vehicle in a wanton and reckless manner with no regard to the rights and safety of others;

   c. In failing to see what should have been seen, mainly Petitioner's vehicle;

   d. Attempting a lane change at a time that it was unsafe to do so; and

   e. Any and all acts of negligence, omissions, and/or legal fault which constitute a violation to be shown at the time of this trial to be a proximate cause of Petitioner's injuries, damages, or losses.

Petitioner states that each of the above acts or failures to act was a cause in fact of the accident and resulting injuries to him.

8.

In addition to the negligence alleged heretofore, Petitioner avers that a substantial cause of the above-described collision was the fault and/or negligence of FLOYD'S INC., which is described in part, but not exclusively as follows:

   a. In failing to provide proper driving training;

   b. In failing to employ a safe and competent driver;

   c. In failing to properly supervise and instruct its drivers;

   d. In failing to maintain the 18-wheeler in proper condition and working order;


    e.      In failing to submit the 18-wheeler to routine inspection; and

    f.      Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and/or parish traffic regulations and/or ordinances.

9.

Petitioner avers that at all times material herein, defendant JOHN DOE, was in the course and scope of his employment with defendant FLOYD'S INC., and specifically pleads the doctrine of *respondeat superior*.

10.

Petitioner is informed, believes and therefore alleges that at the time of the collision, the defendant, FLOYD'S INC., maintained a liability insurance policy with defendant NATIONAL CONTINIENTAL INSURANCE COMPAN, (a Progressive Company), that provides coverage for the damages claimed herein, and under the laws of the State of Louisiana, was in full force and effect at the time of the collision, and which insurance inures to the benefit of Petitioner.

11.

Petitioner avers that he in no way contributed to the collision, was in no way negligent and had no opportunity to avoid the impact. Petitioner specifically avers that he was in no way at fault, but that the impact and collision and that the injuries and damages he sustained and suffered were caused solely by the negligent acts and/or omissions and/or fault and/or wrongful conduct of the defendants, FLOYD'S INC., and JOHN DOE.

12.

As a result of defendants' negligence, Petitioner has suffered injuries for which he claims a reasonable sum in the premises, including, but not limited to, compensation for past, present and future pain and suffering, mental anguish, loss of enjoyment of life, permanent disability, loss of earning capacity, medical expenses, travel expenses, unpaid property damage, and other miscellaneous expenses.

13.

Petitioner seeks damages against defendants, jointly, severally, and *in solido*, that are reasonable in the premises for all personal injuries and other damages sustained, including, but not

limited to, lost past, present and future earnings and/or earning capacities; past, present and future medical expenses; past, present and future pain, suffering, mental anguish, loss of enjoyment of life, permanent disability, unpaid property damages and all other damages allowed by law and equity.

WHEREFORE, Petitioner prays that FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY (a Progressive Company), and JOHN DOE, be served with a copy of this Petition and that, after all legal delays have run, there be judgment in favor of your Petitioner against the defendants, jointly, severally, and *in solido*, for a reasonable sum in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings.

Respectfully submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

_____
H. DEAN LUCIUS, (#21729)
Makiva N. Johnson, (#27519)
Arlen R. Garfunkel, (#21605)
1754 E. 70th Street
Shreveport, Louisiana 71105
Telephone: (318) 716-5570
Facsimile: (318) 946-8880
Email: *dean@getgordon.com*

ATTORNEYS FOR PETITIONER

**PLEASE SERVE:**

FLOYD'S INC.,
Via Louisiana Long Arm Statue
Through any of its officers at
729 North Route 83, Suite 324
Bensenville, IL 60106

NATIONAL CONTINENTAL INSURANCE COMPANY (a Progressive Company)
through its registered agent for service of process,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

JOHN DOE **(Please Hold Service until further notice)**

| | |
|---|---|
| D'ANDRE ALEXANDER | SUIT NO. |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY & JOHN DOE | BOSSIER PARISH, LOUISIANA |

**REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS**

PLEASE TAKE NOTICE that H. Dean Lucius and Gordon McKernan Injury Attorneys, attorneys for Petitioner, D'ANDRE ALEXANDER, do hereby request written notice of the date of trial of the above matter, as well as notice of all hearings, whether on the merits or otherwise, orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court or Clerk of Court's office, as provided in Louisiana Code of Civil Procedure arts. 1572, 1913, and 1914.

Respectfully submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

_/s/ H. Dean Lucius_

H. DEAN LUCIUS, (#21729)
Makiva N. Johnson, (#27519)
Arlen R. Garfunkel, (#21605)
1754 E. 70TH Street
Shreveport, Louisiana 71105
Telephone: (318) 716-5570
Facsimile: (318) 946-8880
Email: *dean@getgordon.com*

ATTORNEYS FOR PETITIONER

Bossier Parish Clerk of Court   C-166326
Filed Dec 08, 2021 2:12 PM                3
Katie F. Best
Deputy Clerk of Court

| | |
|---|---|
| D'ANDRE ALEXANDER | SUIT NO. |
| VERSUS | 26TH JUDICIAL DISTRICT COURT |
| FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY & JOHN DOE | BOSSIER PARISH, LOUISIANA |

## ORDER

The above and foregoing petition considered:

IT IS ORDERED that defendant, **NATIONAL CONTINENTAL INSURANCE COMPANY (a Progressive Company)**, be directed to produce and file into the record herein, certified copy of the policy issued by it to FLOYD'S INC., which was in full force and effect on December 16, 2020.

Benton, Bossier Parish, Louisiana this __08__ day of December, 2021.

_____
DISRTICT COURT JUDGE
CHARLES A. SMITH

26TH JUDICIAL DISTRICT COURT FOR THE PARISH OF BOSSIER

STATE OF LOUISIANA

NO.: 166326                                          DIVISION "     "

**D'ANDRE ALEXANDER**

VERSUS

**FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY
and JOHN DOE**

FILED: _____     _____
                                                              **DEPUTY CLERK**

### ANSWER TO PETITION FOR DAMAGES and REQUEST FOR TRIAL BY JURY

**NOW INTO COURT**, through undersigned counsel, come defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, who, for answer to the Petition for Damages filed by plaintiff, respectfully aver as follows:

I.

The allegations contained in Paragraph 1. of the Petition for Damages are denied.

II.

The allegations contained in Paragraph 2. of the Petition for Damages are denied.

III.

The allegations contained in Paragraph 3. of the Petition for Damages are denied.

IV.

The allegations contained in Paragraph 4. of the Petition for Damages are denied.

V.

The allegations contained in Paragraph 5. of the Petition for Damages are denied.

VI.

The allegations contained in Paragraph 6. of the Petition for Damages are denied.

VII.

The allegations contained in Paragraph 7. of the Petition for Damages are denied.

VIII.

The allegations contained in Paragraph 8. of the Petition for Damages are denied.

IX.

The allegations contained in Paragraph 9. of the Petition for Damages are denied.

X.

The allegations contained in Paragraph 10. of the Petition for Damages are denied, except to admit that if any policy of insurance exists, then the policy is the best evidence of its terms, conditions, limitations, and exclusions all of which are pled herein as if copied *in extenso*.

XI.

The allegations contained in Paragraph 11. of the Petition for Damages are denied.

XII.

The allegations contained in Paragraph 12. of the Petition for Damages are denied.

XIII.

The allegations contained in Paragraph 13. of the Petition for Damages are denied.

XIV.

Defendants are entitled to and request a trial by jury.

**AND NOW** further answering the Petition for Damages, defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, aver as follows:

XV.

Defendant, **FLOYD'S INC.**, denies that it or anyone acting on its behalf was involved in the incident made the basis of this lawsuit.

XVI.

Petitioner's injuries, if any, were caused or contributed to by his own negligence, particular inattention to duty, and other faults, all of which will be proven during the trial of this matter, which fault should act as a complete bar or, in the alternative, as a mitigating factor, to any recovery by the petitioner of damages herein.

XVII.

Defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, reserve the right to file additional Answers, incidental demands and incidental actions, including, but not limited to, demands against third parties, interventions, reconventions, and crossclaims, such as further discovery in this matter may warrant and require.

XVIII.

Defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, aver that the petitioner has failed to mitigate his damages as required by law.

XIX.

In the alternative, and only in the event that this Court should find defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, or anyone for whom they may be held legally responsible, guilty of any negligence or fault which contributed proximately to the accident of which the plaintiff complains, then defendants specially plead the contributory negligence, comparative negligence and/or fault of other third parties for whom these defendants cannot be held responsible, in limitation of plaintiff's recovery against defendants herein.

XX.

Defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, plead all affirmative defenses set forth in the Louisiana Code of Civil Procedure applicable herein.

**WHEREFORE**, after due proceedings had, defendants, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, pray that there be judgment in its favor and against the petitioner, **D'ANDRE ALEXANDER**, dismissing his Petition at his cost. Further, defendants pray for a trial by jury and all other general and equitable relief to which it may be entitled.

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**

BY: _____
CHARLES V. GIORDANO (#22392)
MICHAEL E. ESCUDIER (#26761)
MICHAEL D. CANGELOSI (#30427)
JAIRO F. SANCHEZ (#31954)
DIANNA DUFFY WILLEM (#36438)
BRIAN T. HILL (#36873)
RYAN D. KELLEY (#32527)
3501 N. Causeway Blvd., Ste. 400
Metairie, LA 70002
PH: (504) 833-8007
FX: (504) 833-2866
EM: giordano@hebblergiordano.com

Attorneys for defendants,
*FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY*

**CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, email, hand delivery, and/or US mail, postage prepaid, this 25th day of JANUARY, 2022.

_____
CHARLES V. GIORDANO

26™ JUDICIAL DISTRICT COURT FOR THE PARISH OF BOSSIER

STATE OF LOUISIANA

NO.: 166326 DIVISION " "

**D'ANDRE ALEXANDER**

VERSUS

**FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY and JOHN DOE**

FILED: _____

                                            **DEPUTY CLERK**

### JURY ORDER

In accordance with C.C.P. Art. 1734.1 in lieu of the bond required in C.C.P. Art. 1734 the mover for the jury trial shall deposit $2,000.00 (cash) for the first day and $400.00 (cash) for each additional day the trial is estimated to last. The cash deposit shall be filed with the Clerk of Court no later than sixty (60) days prior to trial. The attorney for the mover shall present the receipt for the deposit to the court prior to commencement of the trial. Failure to post the cash deposit shall constitute a waiver of a trial by jury. If the bond is not filed timely any other party shall have an additional ten (10) days to file the bond.

**BENTON**, Louisiana, this _____ day of _____, 2022.

                                                                      **JUDGE**

26TH JUDICIAL DISTRICT COURT FOR THE PARISH OF BOSSIER

STATE OF LOUISIANA

NO.: 166326                                               DIVISION " "

**D'ANDRE ALEXANDER**

VERSUS

**FLOYD'S INC., NATIONAL CONTINENTAL INSURANCE COMPANY and JOHN DOE**

FILED: _____      _____
                                                            **DEPUTY CLERK**

## REQUEST FOR WRITTEN NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, **FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY**, hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

**FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY** also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

HEBBLER & GIORDANO, L.L.C.

BY: _____
CHARLES V. GIORDANO (#22392)
MICHAEL E. ESCUDIER (#26761)
MICHAEL D. CANGELOSI (#30427)
JAIRO F. SANCHEZ (#31954)
DIANNA DUFFY WILLEM (#36438)
BRIAN T. HILL (#36873)
RYAN D. KELLEY (#32527)
3501 N. Causeway Blvd., Ste. 400
Metairie, LA 70002
PH: (504) 833-8007
FX: (504) 833-2866
EM: giordano@hebblergiordano.com

Attorneys for defendants,
*FLOYD'S INC. and NATIONAL CONTINENTAL INSURANCE COMPANY*

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel of record by facsimile, email, hand delivery, and/or US mail, postage prepaid, this __25th__ day of __JANUARY__, 2022.

_____
CHARLES V. GIORDANO